# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

139290

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                                   SC: 139290
                                                 COA: 291305
                                                 Macomb CC: 08-000446-FC

LANCE EMANUEL ELDER,
    Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 26, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009                                           _____
                                                      Clerk

1019